IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH P. FRANKENBERRY,

    Plaintiff,

    v.

FEDERAL BUREAU OF INVESTIGATION
and U.S. DEPARTMENT OF JUSTICE,

    Defendants.

CIVIL ACTION NO. 3:CV-08-1565

(JUDGE CAPUTO)

(MAGISTRATE JUDGE MANNION)

## ORDER

**NOW**, this 9th day of January, 2013, **IT IS HEREBY ORDERED** that:

(1) The Magistrate Judge's Report and Recommendation (Doc. 100) is **ADOPTED in part and REJECTED in part**.

  (a) The recommendations that Defendants provided proper disclosures with respect to documents asserting the (b)(7)(E)-2 exemption, that the information withheld pursuant to the (b)(2)-1 and (b)(2)-3 exemptions was properly withheld pursuant to the alternatively asserted (b)(7)(E)-1 and (b)(7)(E)-3 exemptions, and that Defendants provided sufficient information to assert the (b)(7)(D)-1 exemption are **ADOPTED**.

  (b) The recommendation that Defendants be required to make supplemental disclosures with respect to the information withheld pursuant to the asserted (b)(7)(C) exemptions is **REJECTED**.

  (c) Defendants' Motion for Summary Judgment (Doc. 29) is **GRANTED**.

(2) Plaintiff's Renewed Motion for Order Compelling Answers to Interrogatories (Doc. 72) is **DENIED as moot**.

(3) The Clerk of Court is directed to **ENTER** judgment in favor of Defendants Federal Bureau of Investigation and U.S. Department of Justice and against Plaintiff Joseph P. Frankenberry.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

                                        /s/ A. Richard Caputo
                                        A. Richard Caputo
                                        United States District Judge